IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

**KASI LYNN SAVOLT,**

    Plaintiff,

v.

**NANCY A. BERRYHILL,** Acting
Commissioner of Social Security,

    Defendant.

No. 6:17-cv-286-JE

**OPINION AND ORDER**

**MOSMAN, J.,**

On March 16, 2018, Magistrate Judge John Jelderks issued his Findings and Recommendation (F&R) [18], recommending that the Commissioner's decision should be AFFIRMED. No objections were filed.

**DISCUSSION**

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court

1 – OPINION AND ORDER

is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Jelderks's recommendation and I ADOPT the F&R [18] as my own opinion. The Commissioner's decision is AFFIRMED and this action is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 3d day of April, 2018.

MICHAEL W. MOSMAN
Chief United States District Judge